IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 19-CR-04031 |
| ) | |
| vs. ) | |
| ) | |
| ARIYA MANGSANHANH, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PERMISSION TO FILE GOVERNMENT'S SENTENCING MEMORANDUM UNDER SEAL

The United States asks that it be allowed to file the Government's sentencing memorandum in this case under seal as it contains confidential victim information.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By: *s/ Timothy T. Duax*

TIMOTHY T. DUAX
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
712-202-1722
712-252-2034 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Michelle Hatting
cc: Timothy Herschberger

1